UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-31-D

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v. ) **ORDER TO SEAL**  )  KINDRA DENISE ARNOLD ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 30 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants attorney.

SO ORDERED. This **22** day of September 2017.

JAMES C. DEVER III
Chief United States District Judge