UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7: 17-CR-00031-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KINDRA DENISE ARNOLD | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 37 be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This 12 day of November, 2017.

James C. Dever, III
Chief United States District Judge