ON 11/29/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-31-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| KINDRA DENISE ARNOLD | : |

## ORDER OF FORFEITURE

In the Criminal Information in the above action, the United States sought forfeiture of property of the defendant, pursuant to 18 U.S.C. § 981(a)(1)(C), as proceeds of the unlawful activity of the defendant as charged in the Criminal Information, and of firearms and ammunition pursuant to 18 U.S.C. § 924(d)(1).

The defendant pled guilty to Counts One and Two of the Criminal Information and agreed to forfeit the property listed in the Criminal Information, that is, an amount of $5,300.86, which was agreed to by the parties as representing the value of proceeds the Defendant personally obtained as a result of her offenses, and any firearm or ammunition recovered, specifically, a Kahr Arms pistol, serial number AKA3142, and a Hipoint .45 pistol, serial number X4273087, and all related ammunition.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to the defendant's interest in

1

$5,300.86 which was agreed to by the parties as representing the value of proceeds the Defendant personally obtained as a result of her offenses, pursuant to 18 U.S.C. § 981(a)(1)(C), and to possession of the firearms and ammunition, pursuant to 18 U.S.C. § 924(d)(1) and Fed. R. Crim. P. 32.2(b)(3);

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant KINDRA DENISE ARNOLD, the United States is hereby authorized to seize the above-stated personal property, that is, any firearm or ammunition recovered, specifically, a Kahr Arms pistol, serial number AKA3142; a Hipoint .45 pistol, serial number X4273087; and all related ammunition, and they are hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. That based upon the defendant's guilty plea and agreement, the above-listed $5,300.86 which was agreed to by the parties as representing the value of proceeds the Defendant personally obtained as a result of her offenses is forfeited to the United States for disposition in accordance with the law; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the

Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This **29** day of **November**, 2017.

                                                JAMES C. DEVER, III
                                              Chief United States District Judge